## SWANSON v. NORTHERN PAC. RY. CO.
### No. 904.

District Court, D. Montana, Butte Division.
Dec. 5, 1938.

Coyle, Maury & Shone, of Butte, Mont., for plaintiff.

Walker & Walker, of Butte, Mont., and Gunn, Rasch & Hall, of Helena, Mont., for defendant.

BALDWIN, District Judge.

It appears from an inspection of the record herein that the plaintiff died prior to October 19, 1936, minute entry, October 19, 1936; and that substitution of the proper party plaintiff has not yet been made.

It follows that this action should be and it is hereby dismissed. Rule 25(a) (1), Federal Rules of Civil Procedure, 28 U.S.C.A. following section 723c.